1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   OTTO E. VASQUEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | Case No. 1:21-mj-00086-SAB

12 |         Plaintiff,             | STIPULATION TO MODIFY CONDITION OF
                                      PROBATION PURSUANT TO 18 U.S.C.
13 | vs.                            | § 3563(C); ORDER

14

15 | OTTO E. VASQUEZ,

16 |         Defendant.

17

18       IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Special Assistant United States Attorney Chan Hee Chu, counsel for the plaintiff, and

20 Assistant Federal Defender Erin Snider, counsel for Otto E. Vasquez, that the Court may modify

21 condition 6 to extend the deadline for Mr. Vasquez to complete his community service hours.

22       On September 15, 2022, Mr. Vasquez pled guilty to a violation of 36 C.F.R. § 4.2,

23 incorporating California Vehicle Code 14601.2(a). ECF #18. The Court sentenced Mr. Vasquez

24 to 12 months of unsupervised probation. Among other conditions, the Court ordered Mr.

25 Vasquez to pay a $500 fine and $10 special assessment and to perform 20 hours of community

26 service by March 30, 2023. *Id.* The Court set a review hearing for July 13, 2023. *Id.*

27       Mr. Vasquez has paid the financial obligation in full but has been unable to complete the

28 community service hours due to a medical condition. Specifically, he was diagnosed with a

hernia about four months ago and has an appointment to be evaluated for surgery next week. Mr. Vasquez's medical condition has prevented him from performing any physical labor, which has made finding suitable community service opportunities challenging.

In light of Mr. Vasquez's medical condition, the parties request that the Court modify condition 6 to extend the deadline for completing the community service hours to June 28, 2023, which is the day before the status report is due. Mr. Vasquez waives his right to a hearing on the modification of the terms of probation.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  March 9, 2023          */s/ Chan Hee CHu*
CHAN HEE CHU
Special Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 9, 2023           */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
OTTO E. VASQUEZ

**O R D E R**

**IT IS SO ORDERED.** Pursuant to 18 U.S.C. § 3563(c), the Court hereby modifies condition 6 as follows:

6. The defendant shall complete 20 hours of community service at a nonprofit organization. The defendant shall perform and complete the community service by 6/28/2023. Proof of completion to be provided to the Court.

All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 9, 2023**

UNITED STATES MAGISTRATE JUDGE