IN THE UNITED STATES DISTRICT COURT
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:21-mj-00086-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S AMENDED STATUS REPORT ON** |
| v.  ) | **UNSUPERVISED PROBATION** |
| ) | |
| OTTO VASQUEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**   36 CFR § 4.2(b); Cal. Vehic. Code § 14601.2(a)

**Sentence Date:**   September 15, 2022

**Review Hearing Date:** July 13, 2023

**Probation Expires On:** September 15, 2023

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $510 which Total Amount is made up of a Fine: $ 500 Special Assessment: $ 10   Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $ 51  per month by the 15th of each month.

☒ **Community Service hours Imposed of:**  20; deadline 6/28/2023

☐ **Other Conditions:**

*COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense):

☒ To date, Defendant has paid a total of $ 510
☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
Amount:

☒ To date, Defendant has performed 20  hours of community service.  He completed the final four hours on July 3, 2023.

☐ Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.  Given the late performance of community service, the United States prefers that the review hearing continue as scheduled.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Chan Hee Chu

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 7/13/2023 at 10 am

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒ be vacated.  Mr. Vasquez completed 16 of his required 20 community service hours before the deadline, and his inability to complete the last four before the deadline was due to a mistake.

☐ that Defendant's in-person appearance for the review hearing be waived and that he be allowed to appear via Zoom.  Defendant lives in Tulare County, does not currently own a vehicle, and is caring for his two-week old newborn.

DATED:  7/6/2023

  */s/ Laura Myers*
  DEFENDANT'S COUNSEL

  */s/ Chan Hee Chu*
  SPECIAL ASSISTANT UNITED STATES ATTORNEY

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that the Review Hearing be vacated.

☒ DENIED.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **July 7, 2023**

UNITED STATES MAGISTRATE JUDGE