1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   OTTO VASQUEZ
7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           Case No. 1:21-mj-00086-SAB

12           Plaintiff,                MOTION FOR ORDER AUTHORIZING
                                       VIDEO APPEARANCE; ORDER
13 vs.
                                       Date:  July 13, 2023
14 OTTO VASQUEZ,                       Time:  10:00 a.m.
                                       Judge: Hon. Stanley A. Boone
15           Defendant.

16

17         Defendant Otto Vasquez hereby moves this Court for an order authorizing him to appear

18 via video at the July 13, 2023, review hearing.

19         On September 15, 2022, Mr. Vasquez pled guilty to a violation of 36 C.F.R. § 4.2,

20 incorporating California Vehicle Code 14601.2(a).  ECF #18.  The Court sentenced Mr. Vasquez

21 to 12 months of unsupervised probation.  Among other conditions, the Court ordered Mr. Vasquez

22 to pay a $500 fine and $10 special assessment and to perform 20 hours of community service by

23 March 30, 2023.  *Id.*  The Court later extended the community service deadline to June 28, 2023.

24 ECF #20.

25         On July 6, 2023, Mr. Vasquez submitted an amended status report indicating that he had

26 paid his financial obligation in full and had completed his 20-community service hours but had

27 performed four of those hours on July 3, 2023—five days after the Court's deadline.  ECF # 23.

28 The Court ordered that Mr. Vasquez appear at his scheduled review hearing on July 13.

The defense now moves this Court for an order authorizing Mr. Vasquez to appear via video at the July 13, 2023, hearing. Due to health concerns, Mr. Vasquez does not currently have a job and therefore does not have the means to travel to Fresno from his home in Los Angeles. In addition, he is the primary caregiver for his six children while his wife is at work, and he cannot afford backup childcare. Mr. Vasquez has a stable internet connection that he can use for a video appearance.

In light of the foregoing, the defense respectfully requests that the Court authorize Mr. Vasquez to appear via Zoom on July 13, 2023.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 7, 2023

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
OTTO VASQUEZ

**O R D E R**

**IT IS SO ORDERED.** Defendant Otto Vasquez is authorized to appear via video at the July 13, 2023, review hearing.

IT IS SO ORDERED.

Dated: **July 7, 2023**

_____
UNITED STATES MAGISTRATE JUDGE