# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:21-mj-00086-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| OTTO VASQUEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR § 4.2(b); Cal. Vehic. Code § 14601.2(a)

**Sentence Date:** August 17, 2023

**Review Hearing Date:** November 16, 2023

**Probation Expires On:** December 13, 2023

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $50 which Total Amount is made up of a Fine: $ 50 Special Assessment: $    Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $    per month by the    of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense):

☐ To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                       Amount:

☐ To date, Defendant has performed    hours of community service.

☐ Compliance with Other Conditions of Probation:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

***GOVERNMENT'S POSITION:***

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Chan Hee Chu

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/16/2023 at 10 am

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 11/2/2023

    */s/ Laura Myers*
    DEFENDANT'S COUNSEL

    */s/ Chan Hee Chu*
    SPECIAL ASSISTANT UNITED
    STATES ATTORNEY

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The review hearing set for 11/16/2023 is vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **November 7, 2023**

UNITED STATES MAGISTRATE JUDGE